Carrie M. Francis (309280)
carrie.francis@stinson.com
**STINSON LLP**
1850 North Central Avenue, Suite 2100
Phoenix, Arizona 85004-4584
Tel: (602) 279-1600
Fax: (602) 240-6925
Attorneys for Defendant

**(STAY / JS6 ADMIN)**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA EASTERN DIVISION

| | |
|---|---|
| Andrew Martinez, an individual, on behalf of himself; and on behalf of all persons similarly situated; Luis Ceja, an individual, on behalf of himself, and on behalf of all persons similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>California Cemetery and Funeral Services, LLC, a Delaware corporation; and Does 1-50, Inclusive,<br><br>Defendants. | Case No. 5:24-CV-01354-SSS-SHKx<br><br>**ORDER GRANTING THE PARTIES' JOINT STIPULATION TO ARBITRATE**<br><br>**NOTE CHANGES MADE BY COURT** |

Having considered the parties' Joint Stipulation to Arbitrate Pursuant to Private Agreement and upon good cause shown,

IT IS HEREBY ORDERED that this matter is stayed pending conclusion of the parties' arbitration proceedings. Plaintiffs Andrew Martinez and Luis Ceja will each submit their individual claims against Defendant California Cemetery and Funeral Services, LLC to binding private arbitration pursuant to the Mutual Resolution Process Agreement ("MRPA"); and

IT IS FURTHER ORDERED that Plaintiffs' class action claims will be dismissed without prejudice pursuant to the class action waiver in the MRPA.

The parties are DIRECTED to file a Joint Report regarding the status of the arbitration on November 28, 2024, and every 90 days thereafter.

The Clerk is DIRECTED to close the case administratively.

DATED this 3rd day of September, 2024.

_____
Honorable Sunshine S. Sykes
U.S. District Judge